FILED-ED4

2004 NOV 10  PM 4: 33

CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CARMEN L. VILLA,                    )
                                    )
        Plaintiff,                  )
                                    )          JUDGE NORGLE
    vs.                             )    04C  7304
                                    )
EXCALIBUR I, LLC,                   )
                                    )     MAGISTRATE JUDGE ASHMAN
        Defendant.                  )

**COMPLAINT – CLASS ACTION**

**MATTERS COMMON TO MULTIPLE COUNTS**

DOCKETED
NOV 1 2 2004

**INTRODUCTION**

1.      Carmen L. Villa brings this action to secure redress against unlawful

collection practices engaged in by Excalibur I, LLC ("Excalibur"). Carmen L. Villa alleges

violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2.      This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C.

§1692k (FDCPA). Venue in this District is proper because defendant does business in this District

and because defendant's collection actions were taken in the District.

**PARTIES**

3.      Plaintiff is a resident of the Northern District of Illinois.

4.      Defendant Excalibur is a limited liability company chartered under New York

law with offices at 3000 Marcus Avenue, Lake Success, NY 11042.

5.      Excalibur is engaged in the business of buying bad debts allegedly owed by

1

consumers, including large amounts of purported credit card debts, for a small fraction (under 10%) of face value and enforcing the debts against the consumers.

6.    Excalibur is a"debt collector" as defined in the FDCPA.

### FACTS

7.    In December 2003, Excalibur filed a lawsuit against Carmen L. Villa in the Circuit Court of Cook County seeking to collect a purported credit card debt originally owed to Direct Merchants Credit Card Bank. A copy of the complaint is attached as Exhibit A.

8.    The claimed debt was for personal, family or household purposes, in that Carmen L. Villa has never engaged in any business.

9.    The complaint had no documentation of the debt attached. Instead, it had attached a purported affidavit by an unidentified person with a largely illegible signature. A copy of this document is attached as Exhibit B.;

10.    The affidavit claimed "on information and belief" that "defendant(s)" owe money.

11.    The complaint filed against Ms. Villa alleged that Carmen L. Villa is also known as Carmen L. Martinez. Carmen L. Villa has never been known as Carmen L. Martinez. Martinez is not her name by birth or marriage, nor has she ever been married to someone named Martinez.

12.    In mid-2004, after Carmen L. Villa obtained counsel, the action was dismissed on her motion for failure to state a cause of action.

13.    On information and belief, Excalibur has no contemporaneous documentation whatever of any alleged debts owed by Carmen L. Villa or any of the numerous other persons it files

2

lawsuits against.

14. Excalibur files dozens of lawsuits in Illinois each year. A list of recent cases is attached as Exhibit C. Excalibur also attempts to collect the debts through correspondence and telephone calls.

15. Excalibur regularly adds interest to the alleged debts.

16. Excalibur files documents which conceal the extent to which interest is included in the alleged debts.

17. Excalibur prepares an "affidavit of indebtedness" for each debt. In many or all cases, the "affidavit of indebtedness" states that the amount claimed includes no interest.

18. The document prepared with respect to Carmen L. Villa ( Exhibit B) states that there is no interest included.

19. This statement is false. Much of what Excalibur was attempting to collect consists of finance charges.

20. Misstating the proportion of the debt that consists of principal and interest has several harmful effects on the debtor:

a. The debt is likely, if properly characterized, to consist of a modest amount of principal and a large amount of interest. Some judges have balked at enforcing such a debt. (Exhibit D) In any event, debtors are more likely to be willing to pay "principal" than a debt consisting largely of interest and fees, particularly years after the fact.

b. The writeoff of principal may have different tax consequences than not collecting interest. The writeoff of principal may constitute income if the debtor is solvent and the debt undisputed. Not collecting interest has no tax consequences. Debt collectors often use the threat

3

of adverse tax treatment as a collection device, and the misstatement magnifies the impact of such threats.

        c.      If the transaction is subject to state usury laws, the collection of interest on unpaid interest may be a violation. Characterizing the amount as principal disguises this violation.

        d.      Debt collectors frequently quote a large amount and then offer a "settlement" of x% of the amount "due." If the quoted amount is inflated through the addition of unauthorized interest, the benefits of the "settlement" are in substantial part illusory.

## COUNT I – CLASS FDCPA CLAIM

21.      Carmen L. Villa incorporates ¶¶ 1-20 by reference.

22.      Excalibur has repeatedly violated the FDCPA by filing lawsuits to collect purported debts knowing that it does not have any means of proving that such debts are owed or any means of obtaining such evidence.

23.      Excalibur's practice in this regard has:

        a.      Injured the credit of numerous consumers, including Carmen L. Villa;

        b.      Subjected such consumers to harassment and annoyance.

24.      Excalibur's practice is a deceptive practice and violates 15 U.S.C. §1692e, which provides:

**§ 1692e.      False or misleading representations [Section 807 of P.L.]**

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**

**(2)      The false representation of--**

(A)     the character, amount, or legal status of any debt; . . .

(5)     The threat to take any action that cannot legally be taken or that is not intended to be taken. . . .

(10)     The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .

25.     Excalibur's practice is also an unfair practice and violates 15 U.S.C. §1692f, which provides:

§ 1692f.     Unfair practices [Section 808 of P.L.]

A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. . . .

## CLASS ALLEGATIONS

26.     Carmen L. Villa brings this claim on behalf of a class. The class consists of all persons in Illinois against whom Excalibur has filed, prosecuted, continued the prosecution of, or threatened legal action during the preceding 12 months based on alleged credit card accounts or retail installment contracts without having in its possession the original or an image of the agreement creating the debt and either an account history or the last regular billing statement sent to the debtor.

27.     Persons against whom final judgments have been entered for the amounts claimed and not set aside or reversed are not included.

28.     The class members are so numerous that joinder is impracticable. On information and belief, there are more than 50 members of each class. A list of suits filed by Excalibur is attached as Exhibit A.

29.     There are questions of law and fact common to the class members, which common questions predominate over any questions that affect only individual class members. The

5

predominant common question is whether it is an unfair practice for Excalibur to file hundreds of lawsuits in the absence of evidence to prove its claims.

30. The claims of Carmen L. Villa are typical of the claims of the class members. All are based on the same legal and factual theories.

31. Carmen L. Villa will fairly and adequately represent the interests of the class members. Carmen L. Villa has retained counsel experienced in consumer credit and debt collection abuse cases.

32. A class action is an appropriate means of adjudicating this dispute. Individual cases are not economically feasible.

WHEREFORE, Carmen L. Villa requests that the Court enter judgment in favor of Carmen L. Villa and the class and against Excalibur for:

      a.      Statutory damages;

      b.      Attorney's fees, litigation expenses and costs of suit;

      c.      Such other or further relief as the Court deems proper.

## COUNT II – CLASS FDCPA CLAIM

33. Carmen L. Villa incorporates ¶¶ 1-20 by reference.

34. The "affidavit of indebtedness" filed by Excalibur (<u>Exhibit B</u>) misstates the amount of the alleged debt that consists of principal and the amount that consists of interest.

35. The misstatement of the portion of the debt that constitutes interest and principal violates the FDCPA as constituting a "false, deceptive, or misleading representation or means in connection with the collection of any debt" (§1692e), a false representation of the "character" of any debt (§1692e(2)(A)), and "use of any false representation or deceptive means to

collect or attempt to collect any debt or to obtain information concerning a consumer" (§1692e(10)).

## CLASS ALLEGATIONS

36.     Carmen L. Villa brings this claim on behalf of a class, consisting of (a) all natural persons, wherever located, (b) from whom Excalibur sought to collect a credit card debt, (c) and listed as "interest" in any document an amount less than the unpaid finance charges imposed on the account, (d) where any collection activity occurred on or after a date one year prior to the filing of this action.

37.     The class is so numerous that joinder is impracticable. On information and belief, there are more than 50 members of the class.

38.     There are questions of law and fact common to the members of the class, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether the practices of Excalibur violate the FDCPA.

39.     The claims of Carmen L. Villa are typical of the claims of the class members. All are based on the same legal and factual theories.

40.     Carmen L. Villa will fairly and adequately represent the interests of the class members. Carmen L. Villa has retained counsel experienced in consumer credit and debt collection abuse cases.

41.     A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible.

WHEREFORE, Carmen L. Villa requests that the Court enter judgment in favor of Carmen L. Villa and the class and against Excalibur for:

a.     Statutory damages;

7

b.     Attorney's fees, litigation expenses and costs of suit;

c.     Such other or further relief as the Court deems proper.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Michelle R. Teggelaar
Francis R. Greene
EDELMAN, COMBS, LATTURNER
     & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**JURY DEMAND**

Plaintiff demands trial by jury.

_____
Daniel A. Edelman

i:\case\excalibur11.380\pleading\cmplt.fdcpa.wpd

8

# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, 1ST DISTRICT

EXCALIBUR I, LLC

                                    Plaintiff                    NO.

            vs.                                                  Amount Claimed $    5374.23 + costs

                                                                Return Date: 9/02/03
CARMEN L VILLA
AKA CARMEN L MARTINEZ                                           03MI - 149024
                                    Defendant

## COMPLAINT

The Plaintiff, Excalibur I, Llc, claims as follows:

1. Plaintiff, Excalibur I, Llc, is a limited liability company and the Defendant, Carmen L Villa, is a resident of Cook County, Illinois.

2. The Defendant, Carmen L Villa, opened a(n) MASTERCARD account with DIRECT MERCHANTS CREDIT CARD BANK, account number 5410581103006799 .

3. The Defendant, Carmen L Villa, did make purchases and charged same to the account, but the Defendant failed to make the monthly payments called for on the account. There is an account stated in the amount of $ 5374.23. See Plaintiff's Exhibit No. 1.

4. Plaintiff, Excalibur I, Llc, is the assignee of said account from DIRECT MERCHANTS CREDIT CARD BANK having purchased said account in the regular course of business in good faith and for value.

5. The Defendant, Carmen L Villa, is in default on the account and Plaintiff, Excalibur I, Llc, demands payment of this balance.

                                          AKA CARMEN L MARTINEZ
WHEREFORE, the Plaintiff, Excalibur I, Llc, prays for judgment against the Defendant, Carmen L Villa in the amount of $ 5374.23 plus costs.

                                    _____
                                        ATTORNEY FOR PLAINTIFF

Blatt, Hasenmiller, Leibsker & Moore - 01237
Attorney for Plaintiff
2 N. LaSalle St. Suite 900
Chicago, Illinois 60602-3702
(312) 704-9440
Ref # 1445118      COMP2

### THIS COMMUNICATION IS FROM A DEBT COLLECTOR

# EXHIBIT B

STATE OF
COUNTY OF

# AFFIDAVIT OF INDEBTEDNESS

P. 7
1445118

The undersigned, being duly sworn, deposes and states that he/she is an employee/agent of:
EXCALIBUR I, LLC
and has knowledge of the account balance, and is duly authorized to make this affidavit.

Affiant states that the amounts shown below are taken/calculated from the original books
and records of the above named plaintiff, and based on information and belief, affiant states
that the amount due to
EXCALIBUR I, LLC
by
CARMEN L VILLA

for funds advanced to defendants(s) or paid to another at defendant(s) request, or for
goods or services    provided to defendant(s) or to another at defendant's request, is the following:
on the following account(s):

| CREDITOR/ACCOUNT NUMBER | PRINCIPAL | + | INTEREST | - | PAYMENTS | = | TOTAL |
|---|---|---|---|---|---|---|---|
| EXCALIBUR I, LLC | 5574.23 | | 0.00 | | 0.00 | | 5574.23 |
| 5410581103006799 | | | | | | | |
| TOTAL | 5574.23 | | 0.00 | | 0.00 | | 5574.23 |

Affiant states that the amount shown above is true and correct and that there are no setoffs or
counterclaims  available to defendant(s). Further affiant sayeth not.

Subscribed and Sworn to Before me

7 ___ day of _March_ ,20 03 .

_Helen Lambert_
Notary Public

My Commission Expires: _____

HELEN LAMBERT
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 27, 2009

_____ Affiant

_____ Title

Reference #:   1445118
Account #:    5410581103006799

BAFF(11/02 )IMN



# EXHIBIT C

# Electronic Case Snapshot Search

| Select a Division by Division Name |
| --- |
| Select a Division (Civil Selected by Default) ▼ |

| Search by Case Number |
| --- |
| Four-digit year (YYYY) - Division (XX) or (X) - and Number (000000) |
| Case Year: [    ]   Division Code: [    ]   Case Number: [        ] |
| (YYYY)                                          (XXXXXX) |

| Search by Name |
| --- |
| Plaintiff: ◉  Defendant: ○ |
| Name: [                    ] |

| Search by Filing Date |
| --- |
| Date Filed: [            ] |
| (MM/DD/YYYY) |

**HOME**

**ON-LINE CASE INFO**

**FULL CASE DOCKET**

**CASE SNAPSHOT**

**COURT CALL**

**BLACK LINE POOL**

**UNCLAIMED CHECKS**

[ Search Now ]  [ Reset ]

Search Results for *Plantiff Name: 'excalibur'*

| Case Number | Plaintiff | Defendant | Date Filed |
| --- | --- | --- | --- |
| 1993-M1-127342 | EXCALIBUR | MASSOLIA WILLIAM J | 05/05/199: |
| 2003-M1-155986 | EXCALIBUR | KELLEY DALE | 09/02/200: |
| 2003-M1-155995 | EXCALIBUR | DAVIS TONYA M | 09/02/200: |
| 2004-M1-160841 | EXCALIBUR | WEINGART WILLIAM | 09/16/2004 |
| 2004-M1-160842 | EXCALIBUR | WALKER AISHA | 09/16/2004 |
| 2003-M1-113931 | EXCALIBUR 1 LLC | JOHNSON VERSIE | 04/15/200: |
| 2003-M1-116164 | EXCALIBUR 1 LLC | LEE YOUNG | 04/15/200: |
| 2003-M1-124407 | EXCALIBUR 1 LLC | JOHN HARDIN T | 04/16/200: |
| 2003-M1-129358 | EXCALIBUR 1 LLC | HARRISON TERRI J | 05/07/200: |
| 2003-M1-129386 | EXCALIBUR 1 LLC | WEXMAN TODD | 05/07/200: |

| 2003-M1-129458 | EXCALIBUR 1 LLC | BECKER THOMAS R | 05/07/2003 |
| 2003-M1-131469 | EXCALIBUR I | BROWN LITITIA ANN | 05/16/2003 |
| 2003-M1-141824 | EXCALIBUR I | REYNOLDS CARNELLE | 06/30/2003 |
| 2003-M1-146802 | EXCALIBUR I | VARGAS JULIAN | 07/24/2003 |
| 2003-M1-146845 | EXCALIBUR I | KANE KENNETH W | 07/24/2003 |
| 2003-M1-168793 | EXCALIBUR I LLC | GARAY RICARDO | 10/22/2003 |
| 2003-M1-119214 | EXCALIBUR I LLC | FLOOD DAN | 03/26/2003 |
| 2003-M1-119225 | EXCALIBUR I LLC | JOHNSON ROBERT | 03/26/2003 |
| 2003-M1-120998 | EXCALIBUR I LLC | WOJTYRA JOHN | 04/02/2003 |
| 2003-M1-121042 | EXCALIBUR I LLC | BRIGUGLIO BENNY | 04/02/2003 |
| 2003-M1-121046 | EXCALIBUR I LLC | GAA MARY | 04/02/2003 |
| 2003-M1-121051 | EXCALIBUR I LLC | LEE DONNA T | 04/02/2003 |
| 2003-M1-121815 | EXCALIBUR I LLC | MARQUEZ A RICHARD | 04/04/2003 |
| 2003-M1-121825 | EXCALIBUR I LLC | BRUNER DORIS | 04/04/2003 |
| 2003-M1-123695 | EXCALIBUR I LLC | LOFTON JOHN | 04/14/2003 |
| 2003-M1-125111 | EXCALIBUR I LLC | MANUEL CARLITO Q | 04/18/2003 |
| 2003-M1-125121 | EXCALIBUR I LLC | DIXON LATECIA NEKO | 04/18/2003 |
| 2003-M1-130624 | EXCALIBUR I LLC | GUTHRIE ROBIN D | 05/13/2003 |
| 2003-M1-134590 | EXCALIBUR I LLC | ABURAS ABDUL | 06/02/2003 |
| 2003-M1-137750 | EXCALIBUR I LLC | PUMFORD GERALDINE | 06/13/2003 |
| 2003-M1-137827 | EXCALIBUR I LLC | NIKITAS MARGIT | 06/13/2003 |
| 2003-M1-138575 | EXCALIBUR I LLC | STRANGE JEAN R | 06/17/2003 |

| 2003-M1-138661 | EXCALIBUR I LLC | WOODALL LINDA M | 06/17/2003 |
| 2003-M1-138752 | EXCALIBUR I LLC | GIRON MARIA | 06/17/2003 |
| 2003-M1-138761 | EXCALIBUR I LLC | CABELLO IRMA | 06/17/2003 |
| 2003-M1-143025 | EXCALIBUR I LLC | WILLIS MARLENE | 07/03/2003 |
| 2003-M1-143105 | EXCALIBUR I LLC | GEORGIA GILL | 07/03/2003 |
| 2003-M1-143139 | EXCALIBUR I LLC | CLAUDE DONALD | 07/03/2003 |
| 2003-M1-145239 | EXCALIBUR I LLC | REZEQ ABDELHAMID J | 07/16/2003 |
| 2003-M1-145335 | EXCALIBUR I LLC | HALLIDAY JENNIFER | 07/16/2003 |
| 2003-M1-145337 | EXCALIBUR I LLC | SPROLES VICTOR JR | 07/16/2003 |
| 2003-M1-145338 | EXCALIBUR I LLC | VISTAN MARIA L | 07/16/2003 |
| 2003-M1-146975 | EXCALIBUR I LLC | BRIGGS JAN P | 07/25/2003 |
| 2003-M1-148950 | EXCALIBUR I LLC | BARR IDA | 08/04/2003 |
| 2003-M1-148968 | EXCALIBUR I LLC | NARUSZEWICZ MALGOR | 08/04/2003 |
| 2003-M1-149024 | EXCALIBUR I LLC | VILLA CARMEN L | 08/04/2003 |
| 2003-M1-149191 | EXCALIBUR I LLC | GARCELON JEAN M | 08/04/2003 |
| 2003-M1-150408 | EXCALIBUR I LLC | KOFAHY LILIBETH C | 08/07/2003 |
| 2003-M1-152392 | EXCALIBUR I LLC | ELROD MICHAEL D | 08/18/2003 |
| 2003-M1-154108 | EXCALIBUR I LLC | JAMES CHARLES E | 08/25/2003 |
| 2003-M1-155522 | EXCALIBUR I LLC | WALKER JOSEPH H | 08/28/2003 |
| 2003-M1-157575 | EXCALIBUR I LLC | SLOVINEC BONNIE | 09/05/2003 |
| 2003-M1-157587 | EXCALIBUR I LLC | BREWER VIVIAN | 09/05/2003 |
| | EXCALIBUR I | | |

| | | | |
|---|---|---|---|
| 2003-M1-157595 | LLC | LEVIN LEAH | 09/05/200: |
| 2003-M1-158039 | EXCALIBUR I LLC | GREEN HATTIYE | 09/09/200: |
| 2003-M1-158046 | EXCALIBUR I LLC | LEVIN FERN D | 09/09/200: |
| 2003-M1-158051 | EXCALIBUR I LLC | ROMANO ROCIO M | 09/09/200: |
| 2003-M1-158087 | EXCALIBUR I LLC | CHESLOCK PAUL | 09/09/200: |
| 2003-M1-158127 | EXCALIBUR I LLC | FRONTCZAK KAREN | 09/09/200: |
| 2003-M1-158213 | EXCALIBUR I LLC | HARDEN CHERRY | 09/09/200: |
| 2003-M1-158214 | EXCALIBUR I LLC | HOWARD SANDRA | 09/09/200: |
| 2003-M1-158915 | EXCALIBUR I LLC | RIVERA ACIE | 09/11/200: |
| 2003-M1-159469 | EXCALIBUR I LLC | GOLDEN CAROLYN S | 09/15/200: |
| 2003-M1-160798 | EXCALIBUR I LLC | GARCIA JORGE | 09/22/200: |
| 2003-M1-161698 | EXCALIBUR I LLC | COATS KELLY | 09/24/200: |
| 2003-M1-161912 | EXCALIBUR I LLC | GONZALEZ JOSE L | 09/25/200: |
| 2003-M1-162312 | EXCALIBUR I LLC | ORRICO LAURA M | 09/29/200: |
| 2003-M1-163212 | EXCALIBUR I LLC | BUTLER CICERO II | 10/01/200: |
| 2003-M1-163222 | EXCALIBUR I LLC | FINN DENNIS J | 10/01/200: |
| 2003-M1-164008 | EXCALIBUR I LLC | TAIWO TAMYRA A | 10/03/200: |
| 2003-M1-164023 | EXCALIBUR I LLC | GOBLE MARWIN | 10/03/200: |
| 2003-M1-164024 | EXCALIBUR I LLC | JANKOWSKI MARIE | 10/03/200: |
| 2003-M1-164250 | EXCALIBUR I LLC | WEDGE DOUGLAS J | 10/03/200: |
| 2003-M1-166528 | EXCALIBUR I LLC | MURRAY ROB ALLAN | 10/15/200: |
| 2003-M1-166545 | EXCALIBUR I LLC | MITCHAN WILLIAM T | 10/15/200: |

| 2003-M1-166806 | EXCALIBUR I LLC | GELIN TERESA A | 10/16/200: |
|---|---|---|---|
| 2003-M1-167945 | EXCALIBUR I LLC | MAN BRUCE S | 10/21/200: |
| 2003-M1-167962 | EXCALIBUR I LLC | DIAZ GEORGE L | 10/21/200: |
| 2003-M1-167964 | EXCALIBUR I LLC | GARCIA ERASMO | 10/21/200: |
| 2003-M1-167965 | EXCALIBUR I LLC | CALI DEBORAH M | 10/21/200: |
| 2003-M1-167981 | EXCALIBUR I LLC | KHAN IMRAN | 10/21/200: |
| 2003-M1-167989 | EXCALIBUR I LLC | BRANN LAURA M | 10/21/200: |
| 2003-M1-167990 | EXCALIBUR I LLC | GORDON TERRY | 10/21/200: |
| 2003-M1-168795 | EXCALIBUR I LLC | HOWE THOMAS L | 10/22/200: |
| 2003-M1-168797 | EXCALIBUR I LLC | BOSTON DAVID JAMES | 10/22/200: |
| 2003-M1-168819 | EXCALIBUR I LLC | SCANLAND MARK L | 10/22/200: |
| 2003-M1-169125 | EXCALIBUR I LLC | HEIN DONNA J | 10/23/200: |
| 2003-M1-169127 | EXCALIBUR I LLC | THANOS TOM J | 10/23/200: |
| 2003-M1-169146 | EXCALIBUR I LLC | THOMAS SHERMANN R | 10/23/200: |
| 2003-M1-169148 | EXCALIBUR I LLC | CUTTLER YOLANDA D | 10/23/200: |
| 2003-M1-170085 | EXCALIBUR I LLC | TAFOLLA GERARDO | 10/29/200: |
| 2003-M1-170107 | EXCALIBUR I LLC | LOVE BRYANT D | 10/29/200: |
| 2003-M1-170160 | EXCALIBUR I LLC | ORBE MONICA C | 10/29/200: |
| 2003-M1-170163 | EXCALIBUR I LLC | CARROLL BRIAN G | 10/29/200: |
| 2003-M1-170164 | EXCALIBUR I LLC | SCHERTZINGER JOAN | 10/29/200: |
| 2003-M1-170172 | EXCALIBUR I LLC | ALIPRANDI JOHN A | 10/29/200: |
|  | EXCALIBUR I LLC | MCNAMARA |  |

| 2003-M1-170189 | LLC | JENNIFER | 10/29/2003 |
| 2003-M1-170236 | EXCALIBUR I LLC | HUSBAND LAKISHA D | 10/29/2003 |
| 2003-M1-170237 | EXCALIBUR I LLC | HIROTA KYONG O | 10/29/2003 |
| 2003-M1-170241 | EXCALIBUR I LLC | STEVENSON YVETTE M | 10/29/2003 |
| 2003-M1-170245 | EXCALIBUR I LLC | BRETANA BRENDA | 10/29/2003 |
| 2003-M1-170292 | EXCALIBUR I LLC | TUBBS EDNA SHAWNTA | 10/29/2003 |
| 2003-M1-170799 | EXCALIBUR I LLC | GONZALEZ DAVID | 10/30/2003 |
| 2003-M1-170817 | EXCALIBUR I LLC | MCGRAW DARRELL G | 10/30/2003 |
| 2003-M1-171022 | EXCALIBUR I LLC | CONTRERAS SAUL JR | 10/31/2003 |
| 2003-M1-171024 | EXCALIBUR I LLC | BANDAS CHRISTINE M | 10/31/2003 |
| 2003-M1-171039 | EXCALIBUR I LLC | HOSSAIN MOHAMMAD S | 10/31/2003 |
| 2003-M1-171041 | EXCALIBUR I LLC | JOHNSON TERRI M | 10/31/2003 |
| 2003-M1-171528 | EXCALIBUR I LLC | GORMAN JOHN | 11/03/2003 |
| 2003-M1-171882 | EXCALIBUR I LLC | JONES LULA | 11/04/2003 |
| 2003-M1-171892 | EXCALIBUR I LLC | JONES ZONDRA JOHN | 11/04/2003 |
| 2003-M1-171900 | EXCALIBUR I LLC | DEFILIPPIS MICHELL | 11/04/2003 |
| 2003-M1-172025 | EXCALIBUR I LLC | SOWELL RODNEY L | 11/04/2003 |
| 2003-M1-172434 | EXCALIBUR I LLC | JACKSON TEXANNER | 11/05/2003 |
| 2003-M1-174787 | EXCALIBUR I LLC | LINCOLN WM J | 11/18/2003 |
| 2003-M1-174790 | EXCALIBUR I LLC | GARCIA SANTIAGO | 11/18/2003 |
| 2003-M1-174817 | EXCALIBUR I LLC | BENDICION BIENVENI | 11/18/2003 |
| 2003-M1-174821 | EXCALIBUR I LLC | COMERASAMY JERMEY | 11/18/2003 |

| | | | |
|---|---|---|---|
| 2003-M1-175129 | EXCALIBUR I LLC | ROBINSON SUSAN | 11/18/2003 |
| 2003-M1-175130 | EXCALIBUR I LLC | CROSS ROOSEVELT | 11/18/2003 |
| 2003-M1-175491 | EXCALIBUR I LLC | NANDAPREECHA SUPAS | 11/20/2003 |
| 2003-M1-175595 | EXCALIBUR I LLC | KOZIJ ANDREW | 11/20/2003 |
| 2003-M1-175618 | EXCALIBUR I LLC | SABBAH MOUNKEZ A | 11/20/2003 |
| 2003-M1-175621 | EXCALIBUR I LLC | JONES MICHAEL K | 11/20/2003 |
| 2003-M1-177233 | EXCALIBUR I LLC | KOUASSI ALBERT | 11/25/2003 |
| 2003-M1-177240 | EXCALIBUR I LLC | GREBENCHIKOV NICK | 11/25/2003 |
| 2003-M1-177245 | EXCALIBUR I LLC | SPRAGUE AUDREY A | 11/25/2003 |
| 2003-M1-177402 | EXCALIBUR I LLC | STOCKTON DAVID A | 11/25/2003 |
| 2003-M1-177406 | EXCALIBUR I LLC | BARROW JAMES | 11/25/2003 |
| 2003-M1-177407 | EXCALIBUR I LLC | HAYS ARTHUR D | 11/25/2003 |
| 2003-M1-177409 | EXCALIBUR I LLC | BATISTA MELISSA M | 11/25/2003 |
| 2003-M1-177411 | EXCALIBUR I LLC | GATOR EDMON J | 11/25/2003 |
| 2003-M1-177429 | EXCALIBUR I LLC | LEON STEVE | 11/25/2003 |
| 2003-M1-177433 | EXCALIBUR I LLC | JACKSON DEMETRA A | 11/25/2003 |
| 2003-M1-177442 | EXCALIBUR I LLC | SMITH DANIEL E | 11/25/2003 |
| 2003-M1-177447 | EXCALIBUR I LLC | HEYLIN PATRICK W | 11/25/2003 |
| 2003-M1-177448 | EXCALIBUR I LLC | ENOS DAN M | 11/25/2003 |
| 2003-M1-177458 | EXCALIBUR I LLC | ANTHONY EDDI K | 11/25/2003 |
| 2003-M1-178847 | EXCALIBUR I LLC | ASTUDILLO AURELIO | 12/05/2003 |
| | EXCALIBUR I | HORNBOSTEL | |

| 2003-M1-179222 | LLC | CANDACE | 12/09/2003 |
|---|---|---|---|
| 2003-M1-179242 | EXCALIBUR I LLC | OMERE FRANKLYN | 12/09/2003 |
| 2003-M1-179248 | EXCALIBUR I LLC | CANALES JOSE LEONE | 12/09/2003 |
| 2003-M1-179261 | EXCALIBUR I LLC | FURQAN SYED M | 12/09/2003 |
| 2003-M1-179279 | EXCALIBUR I LLC | REILLY TERRENCE | 12/09/2003 |
| 2003-M1-179281 | EXCALIBUR I LLC | ANDERSON NIAJA C | 12/09/2003 |
| 2003-M1-179282 | EXCALIBUR I LLC | LEDEZMA ROSARIO E | 12/09/2003 |
| 2003-M1-179284 | EXCALIBUR I LLC | OCAMPO SUSANA C | 12/09/2003 |
| 2003-M1-179286 | EXCALIBUR I LLC | SCHAFFER EUGENE K | 12/09/2003 |
| 2003-M1-179287 | EXCALIBUR I LLC | LARKIN GLORIA M | 12/09/2003 |
| 2003-M1-179676 | EXCALIBUR I LLC | BLAND CECILE | 12/09/2003 |
| 2003-M1-180329 | EXCALIBUR I LLC | ZILL ROBERT A | 12/11/2003 |
| 2003-M1-180334 | EXCALIBUR I LLC | AUSTIN BERNITA | 12/11/2003 |
| 2003-M1-181099 | EXCALIBUR I LLC | ADAIR STEVEN | 12/16/2003 |
| 2003-M1-182933 | EXCALIBUR I LLC | GRIPPER CHRISTIAN | 12/26/2003 |
| 2003-M1-182963 | EXCALIBUR I LLC | LOUIE JARRNARD TRE | 12/26/2003 |
| 2003-M1-183010 | EXCALIBUR I LLC | BROWN KARY S | 12/26/2003 |
| 2003-M1-183016 | EXCALIBUR I LLC | QIU FENG | 12/26/2003 |
| 2003-M1-183897 | EXCALIBUR I LLC | HOWARD ANITA | 12/31/2003 |
| 2004-M1-100051 | EXCALIBUR I LLC | WILLIAMS HOWARD L | 01/02/2004 |
| 2004-M1-100092 | EXCALIBUR I LLC | PROPER LAUREL A | 01/02/2004 |
| 2004-M1-100625 | EXCALIBUR I LLC | VOLANTE MARINA A | 01/06/2004 |

On-Line Court Call for the Civil and Law Divisions
Case: 1:04-cv-07304 Document #: 1 Filed: 11/10/04 Page 22 of 29 PageID #:22
Page 22 of 27

| 2004-M1-100626 | EXCALIBUR I LLC | APPLEWHITE ANESHIA | 01/06/2004 |
| 2004-M1-100639 | EXCALIBUR I LLC | OAKLEY LILLIAN M | 01/06/2004 |
| 2004-M1-100645 | EXCALIBUR I LLC | BIERNACKI MARK E | 01/06/2004 |
| 2004-M1-101873 | EXCALIBUR I LLC | HIGAREDA FRANCISCO | 01/13/2004 |
| 2004-M1-101882 | EXCALIBUR I LLC | LIN ROBIN | 01/13/2004 |
| 2004-M1-102005 | EXCALIBUR I LLC | SUH YOUNG | 01/13/2004 |
| 2004-M1-103613 | EXCALIBUR I LLC | ELIA VINCENT | 01/22/2004 |
| 2004-M1-103647 | EXCALIBUR I LLC | MORDKA DAVID | 01/22/2004 |
| 2004-M1-103656 | EXCALIBUR I LLC | LEE RONALD | 01/22/2004 |
| 2004-M1-103664 | EXCALIBUR I LLC | NOCCHI ANGELIQUE J | 01/22/2004 |
| 2004-M1-103665 | EXCALIBUR I LLC | LOBO GEORGE M | 01/22/2004 |
| 2004-M1-103690 | EXCALIBUR I LLC | SPELLMAN ERICKA | 01/22/2004 |
| 2004-M1-103691 | EXCALIBUR I LLC | RHODES CLAUDE J | 01/22/2004 |
| 2004-M1-103692 | EXCALIBUR I LLC | SMITH SHAVALLE S | 01/22/2004 |
| 2004-M1-103693 | EXCALIBUR I LLC | JONKE TINA LYNN | 01/22/2004 |
| 2004-M1-103695 | EXCALIBUR I LLC | WHITE PRESTON | 01/22/2004 |
| 2004-M1-103702 | EXCALIBUR I LLC | DORCY ERLINE | 01/22/2004 |
| 2004-M1-103720 | EXCALIBUR I LLC | WILKES CAROL | 01/22/2004 |
| 2004-M1-103724 | EXCALIBUR I LLC | KARAMANIS T | 01/22/2004 |
| 2004-M1-103738 | EXCALIBUR I LLC | CONNOLLY JOSEPH B | 01/22/2004 |
| 2004-M1-103744 | EXCALIBUR I LLC | TURNER RENETTA | 01/22/2004 |
| | EXCALIBUR I | | |

| | | | |
|---|---|---|---|
| 2004-M1-103752 | LLC | MIGAWA PAMELA | 01/22/2004 |
| 2004-M1-103792 | EXCALIBUR I LLC | AHMED ZIA K | 01/22/2004 |
| 2004-M1-104989 | EXCALIBUR I LLC | GATES CARLTON K | 01/27/2004 |
| 2004-M1-104990 | EXCALIBUR I LLC | JOHNSON INGRA | 01/27/2004 |
| 2004-M1-108129 | EXCALIBUR I LLC | KALLAS TRACI ANN | 02/10/2004 |
| 2004-M1-108825 | EXCALIBUR I LLC | KOSINSKI ELIZABETH | 02/13/2004 |
| 2004-M1-108981 | EXCALIBUR I LLC | CHIOCHIOS JAMES W | 02/17/2004 |
| 2004-M1-109016 | EXCALIBUR I LLC | CONROY VICKI | 02/17/2004 |
| 2004-M1-109067 | EXCALIBUR I LLC | MATSON DAVID C | 02/17/2004 |
| 2004-M1-109071 | EXCALIBUR I LLC | HOWARD VIOLA | 02/17/2004 |
| 2004-M1-109073 | EXCALIBUR I LLC | ARMAN AZMIY | 02/17/2004 |
| 2004-M1-110386 | EXCALIBUR I LLC | SANCHEZ DENISE | 02/20/2004 |
| 2004-M1-110400 | EXCALIBUR I LLC | STOKES ELIZABETH C | 02/20/2004 |
| 2004-M1-114040 | EXCALIBUR I LLC | FRAZIER MICHAEL C | 03/08/2004 |
| 2004-M1-115142 | EXCALIBUR I LLC | PEREZ PETER EDWARD | 03/11/2004 |
| 2004-M1-116381 | EXCALIBUR I LLC | GRENDAHL CHERYL A | 03/18/2004 |
| 2004-M1-117344 | EXCALIBUR I LLC | GEORGE JO E | 03/22/2004 |
| 2004-M1-118025 | EXCALIBUR I LLC | HERNANDEZ CECILE B | 03/26/2004 |
| 2004-M1-121476 | EXCALIBUR I LLC | WILLIAMS YOLANDA M | 04/08/2004 |
| 2004-M1-121624 | EXCALIBUR I LLC | GIANNAKOPOULOS GEO | 04/08/2004 |
| 2004-M1-122111 | EXCALIBUR I LLC | REMIGIO PERLA O | 04/12/2004 |
| 2004-M1-124407 | EXCALIBUR I LLC | MARTIN RADEANA AA | 04/21/2004 |

| | | | |
|---|---|---|---|
| 2004-M1-125893 | EXCALIBUR I LLC | ROMERO FRANCISCO | 04/28/2004 |
| 2004-M1-129101 | EXCALIBUR I LLC | PAYNE FELICIA M | 05/10/2004 |
| 2004-M1-129143 | EXCALIBUR I LLC | HENDERSON AUDREY | 05/10/2004 |
| 2004-M1-130310 | EXCALIBUR I LLC | JONES NORMA | 05/17/2004 |
| 2004-M1-130425 | EXCALIBUR I LLC | SEBASTIAN CARRIE A | 05/17/2004 |
| 2004-M1-130433 | EXCALIBUR I LLC | PIZZO RUSSELL J | 05/17/2004 |
| 2004-M1-133869 | EXCALIBUR I LLC | TYEPTANAR JOSEPH T | 06/02/2004 |
| 2004-M1-140053 | EXCALIBUR I LLC | GORDON BRENDA L | 06/29/2004 |
| 2004-M1-141800 | EXCALIBUR I LLC | DIAZ OSCAR | 07/07/2004 |
| 2004-M1-145872 | EXCALIBUR I LLC | STURT CYNTHIA L | 07/22/2004 |
| 2004-M1-152304 | EXCALIBUR I LLC | COOPER TYRONE | 08/16/2004 |
| 2004-M1-154694 | EXCALIBUR I LLC | JOHNSON SHARON L | 08/26/2004 |
| 2004-M1-158068 | EXCALIBUR I LLC | JOHNSON GEORGE L | 09/08/2004 |
| 2003-M1-130746 | EXCALIBUR I, LLC | DUDA JACQUELINE | 05/13/2003 |
| 2003-M1-130747 | EXCALIBUR I, LLC | CORNELL LISA M | 05/13/2003 |
| 2003-M1-149084 | EXCALIBUR I, LLC | OTT ROBERT L | 08/04/2003 |
| 2004-M1-152423 | EXCALIBUR II | TREADWELL LEONARD | 08/17/2004 |
| 2004-M1-160828 | EXCALIBUR II | SLATER LOIS SR | 09/16/2004 |
| 2003-M1-183887 | EXCALIBUR II LLC | PALUMBO JOSEPH P | 12/31/2003 |
| 2004-M1-101150 | EXCALIBUR II LLC | HARSHAW ATHENA P | 01/08/2004 |
| 2004-M1-110815 | EXCALIBUR II LLC | SYKES ANASTASIA | 02/23/2004 |
| | EXCALIBUR | | |



Copyright 2004 Marion Star (Marion, OH)
All Rights Reserved
Marion Star (Marion, OH)

September 15, 2004 Wednesday

**SECTION:** Pg. 3A

**LENGTH:** 472 words

**HEADLINE:** BRIEF

**BODY:**

Rose Avenue to close for sewer repairs

MARION -- The Marion City Engineer's Office will close Rose Avenue, south of Silver Street, this week for sewer repairs. The street closes 7 a.m. Thursday through 3 p.m. Friday.

MAVRIC seeks humanitarian nominees

MARION -- The Marion Area Volunteer Referral and Information Center (MAVRIC) is seeking nominations for its 2004 Humanitarian Award.

Nominees must have volunteered their services to the Marion community through service projects, working with service agencies or volunteering their time in service organizations.

The deadline for submitting nominations is Sept. 30, 2004. Nomination forms are available at the MAVRIC office located in Union Station at 525 W. Center St. You can also the office between 10 a.m. and 2 p.m. weekdays at 740-383-3768.

Interested individuals may also check out the MAVRIC Web site at www.marionvolunteers.com

Car, motorcycle show at Elgin on Oct. 23

MARION -- One of the last opportunities to enjoy an autumn event is the Fall Festival Classic Car and Motorcycle Show slated for 12-6 p.m., Saturday, Oct. 23, at Elgin High School. Sponsored by the Elgin Energizers Show Choir, the event promises to be a great day of fun featuring a classic car and motorcycle show, games and food.

Registration of classic cars or motorcycles takes place the day of the festival at a cost of $5 per entry. There will be 25 car prizes and 3 motorcycle prizes given away.

A dinner and Fall Festival Concert will be held after the event. Dinner tickets are $8 per person and include the Fall Festival Concert.

The Fall Festival Concert showcases the Elgin Treble and Bass Clef Clubs, Elgin Energizers and Elgin Kids Show Choir Camp participants. Concert tickets alone are $4 per person.

For additional information about the Fall Festival Classic Car and Motorcycle Show or to purchase tickets for the dinner and concert, call Elgin High School at 740-383-5118.

Judge erases woman's credit card debt

CLEVELAND (AP) -- A judge wiped out a woman's credit card debt, angrily ruling that Discover Card was exploiting the woman by piling on fees.

In a six-year period, beginning in 1997, Ruth Owens paid $3,492 on her $1,895 debt with added fees and finance charges. She was still left with a $5,564 balance owed on the account.

Marion Star (Marion, OH) September 15, 2004 Wednesday

**Discover** Card sued Owens for breach of contract, but Cleveland Municipal **Judge** Robert Triozzi ruled against the company last week.

"This court is all too aware of the widespread financial exploitation of the urban poor by overbearing **credit-card** companies," Triozzi wrote in his decision. "Defendant has clearly been the victim of plaintiff's unreasonable, unconscionable and unjust business practice."

**Discover** Financial Services spokeswoman Beth Metzler declined to comment on the **judge's** decision.

**LOAD-DATE:** September 17, 2004



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUDGE NORGLE

# Civil Cover Sheet

**04C 7304**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

MAGISTRATE JUDGE ASHMAN

| | |
|---|---|
| **Plaintiff(s): CARMEN L. VILLA** | **Defendant(s):EXCALIBUR I, LLC** |
| County of Residence: COOK | County of Residence: |
| Plaintiff's Atty: Daniel A. Edelman<br>Edelman, Combs, Latturner &<br>Goodwin, LLC<br>120 South LaSalle Street, 18th<br>Floor, Chicago, IL 60603<br>(312) 739-4200 | Defendant's Atty: |

NOV 1 2 2004

FILED NOV 10 2004 U.S. DISTRICT COURT CLERK

II. Basis of Jurisdiction:          **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
                    Plaintiff:- **N/A**
                    Defendant:- **N/A**

IV. Origin :          **1. Original Proceeding**

V. Nature of Suit:          **890 Other Statutory Actions**

VI.Cause of Action:          **Violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692
et seq. ("FDCPA")**

VII. Requested in Complaint
          Class Action: **Yes**
          Dollar Demand:
          Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _____

**Date:** ____ 11-10-04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.
Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size**

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

CARMEN L. VILLA vs. EXCALIBUR I, LLC

DOCKETED
NOV 1 2 2004

FILED-ED4

2004 NOV 10 PH 4:33

CLERK
U.S. DISTRICT COURT

Case Number 04C 7304

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR JUDGE NORGLE

**Plaintiff**

MAGISTRATE JUDGE ASHMAN

| **(A)** | | | | **(B)** | | | |
|---|---|---|---|---|---|---|---|
| SIGNATURE | | | | SIGNATURE | | | |
| NAME Daniel A. Edelman | | | | NAME Cathleen M. Combs | | | |
| FIRM Edelman, Combs , Latturner & Goodwin, LLC | | | | FIRM Edelman, Combs , Latturner & Goodwin, LLC | | | |
| STREET ADDRESS 120 S. LaSalle Street, 18th Floor | | | | STREET ADDRESS 120 S. LaSalle Street, 18th Floor | | | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | | | | CITY/STATE/ZIP Chicago, Illinois 60603 | | | |
| TELEPHONE NUMBER (312) 739-4200 | | | | TELEPHONE NUMBER (312) 793-4200 | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 00712094 | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 00472840 | | | |
| MEMBER OF TRIAL BAR? | YES X | NO ☐ | | MEMBER OF TRIAL BAR? | YES X | NO ☐ | |
| TRIAL ATTORNEY? | YES X | NO ☐ | | TRIAL ATTORNEY? | YES X | NO ☐ | |
| | | | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO X | |
| **(C)** | | | | **(D)** | | | |
| SIGNATURE | | | | SIGNATURE | | | |
| NAME James O. Latturner | | | | NAME Francis R. Greene | | | |
| FIRM Edelman, Combs , Latturner & Goodwin, LLC | | | | FIRM Edelman, Combs , Latturner & Goodwin, LLC | | | |
| STREET ADDRESS 120 S. LaSalle Street, 18th Floor | | | | STREET ADDRESS 120 S. LaSalle Street, 18th Floor | | | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | | | | CITY/STATE/ZIP Chicago, Illinois 60603 | | | |
| TELEPHONE NUMBER (312) 739-4200 | | | | TELEPHONE NUMBER (312) 739-4200 | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 01588095 | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06272313 | | | |
| MEMBER OF TRIAL BAR? | YES X | NO ☐ | | MEMBER OF TRIAL BAR? | YES X | NO ☐ | |
| TRIAL ATTORNEY? | YES X | NO ☐ | | TRIAL ATTORNEY? | YES ☐ | NO X | |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO X | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO X | |

1-3