FILED

FEB - 4 2005

CLERK, MICHAEL W. DOBBINS
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CARMEN L. VILLA, | ) | |
| | ) | Civil Action No. 04-C-7304 |
| Plaintiff | ) | |
| | ) | Judge Norgle |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| EXCALIBUR I, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT EXCALIBUR I, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant EXCALIBUR I LLC, by and through its undersigned attorneys, for its

Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, states as follows:

Excalibur I LLC has no parent corporation. No publicly held corporation owns

10% or more of Excalibur I LLC's stock.

Dated: February 4, 2005

Respectfully submitted,

By: _____

David L. Hartsell
Paul C. Ziebert
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
Telephone (312) 750-5758
Facsimile (312) 920-6190

**Attorneys for Defendant Excalibur I LLC**

## CERTIFICATE OF SERVICE

I, Paul C. Ziebert, an attorney, certify that I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be served via first class mail on Francis R. Greene, Edelman, Combs, Latturner & Goodwin, LLC, 120 S. LaSalle St., 18th Floor, Chicago, IL 60603 on this 4th day of February 2005.

Paul C. Ziebert

\\COM\483278.1